UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| STACEY A. LEHE, | ) | Case No. 05-63927 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ANDREW S. GOLDSTEIN, CHAPTER 7 TRUSTEE | ) | |
| FOR STACEY A. LEHE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Proceeding |
| v. | ) | No. 06-06110 |
| | ) | |
| CHASE HOME FINANCE, LLC, | ) | |
| SUCCESSOR IN INTEREST TO CHASE | ) | |
| MANHATTAN MORTGAGE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I certify on this 13th day of November, 2006, I served the Summons and Notice of Pre-Trial Conference, along with copies of the Complaint to Avoid Chase Home Finance, LLC's Lien on the Debtor's Real Property (collectively, the "Pleadings"), upon:

Stacey A. Lehe
691 Pine Road
Halifax, Virginia 24558
*Debtor*

Lewis E. Goodman, Jr.
520 Piney Forest Road
Danville, Virginia 24540
*Debtor's Counsel*

Chase Home Finance, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801
*Registered Agent for the Defendant*

2

      Andrew S. Goldstein, Esquire
      Post Office Box 404
      Roanoke, Virginia 24003
      *Chapter 7 Trustee for the Debtor*

by placing a true and correct copy thereof in a properly addressed envelope with proper postage affixed and depositing the envelope in a regular depository for the United States Postal Service, and on this same date, I electronically filed this Certificate of Service with United States Bankruptcy Court for the Western District of Virginia.

                                        <u>William J. Charboneau</u>

Andrew S. Goldstein, Esq. (VSB#28421)
W. Joel Charboneau, Esq. (VSB#68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
Telephone: 540-343-9800
Facsimile: 540-343-9898
*Counsel for Andrew S. Goldstein*

wjc/clientfolders/trusteecases/lehe/chase/cert of service- summons

2